Name Eric Shane Knackstedt
Douglas County Jail
Address 3601 E 25th St Lawrence, KS 66046

**✶ EMERGENCY SCREENING ✶**

FILED
OCT 23 2020
Clerk, U.S. District Court
By: _____ Deputy Clerk

United States District Court
For the District of Kansas

Eric Shane Knackstedt
Full name Plaintiff
vs.
UNDERSHERIFF GARY Bunting
and Mr. Hormell et.al. Defendant
medical Administrator

Case No. 20-3264-SAC

Civil rights Complaint
Pursuant to 42 U.S.C. §1983

## A. Jurisdiction

1.) Eric S. Knackstedt (Plaintiff) is a citizen of Kansas State
who presently resides at Douglas County Jail 3601 E 25th St Lawrence, KS 66046
(mailing address or place of confinement)

2.) Defendant GARY Bunting (undersheriff) [Douglas Co Jail]
name of first defendant
is a citizen of LAWRENCE, Kansas (City, state) and is employed as
Facility Administrator (SGT. J. Carlson Answered for him)
Position or title if any  At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state Law ☒ yes, ☐ NO briefly explain if yes He is Responsible For enforcing Jail Policy 6.1 and 6.2 (Hiring out side medical provider)
XE-2 8/82           Civil Rights Complaint §1983

3. Defendant MR. HORMELL [Name of Second defendant] is a citizen of LAWRENCE, Kansas [City, State] and is employed as Medical Request Director [position and title if any]. At the time the claim(s) alleged in this complaint arose was this defendant acting under the color of state law ☒ yes ☐ no If your answer is yes briefly explain: Mr. Hormell engaged in unauthorized medical practice by over-seeing the medical decision as a (NON-emergency) and Referral to DCCCA. Rather than have the Jail Hire a doctor to provide (MAT) for (OUD). this is an violation also of (ADA) Americans with Disability Act.
(Use the back of this page to furnish the above information for additional defendants.)

4.) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (3); 42 U.S.C. § 1983 If you wish to assert jurisdiction under different or additional statues, you may list them below; (ADA) Disabilities Act) And Both State and Federal tort Law FOR Negligence and medical MALpractice for Not hiring a Doctor and misleading plaintiff to believe he would recieve (MAT) for (OUD) in Jail

B. Nature of Case

1.) Briefly state the background of your case: the plaintiff entered the Jail and was Detoxed, then upon medical Request For (MAT) for (OUD), medical Referred to DCCCA to start the Process, DCCCA visited and Claimed to Return but did not.
the plaintiff is being Denide treatment for (OUD) and is being Misled and Lied too. So plaintiff Exhausted ALL the way to facility Administor but a Sargent J. Carson spoke for Gary Bunting and Denide Emergency status.

XE-28/82            Civil Rights Complaint § 1983

## Facts

The Douglas County Jail has no intention of having a Jail inmate on (M.A.T.) while in Jail.

It is <u>cruel punishment</u> to mislead and allow unauthorized medical staff to construe a Referral as a pre-lude to starting <u>Buprenorphine</u> program while in Jail.

The plaintiff made clear in his medical requests his intent to utilize the <u>Standard of Care</u> for <u>opiod use disorder</u>. And there is only one FDA-Approved one that is <u>buprenorphine</u>.

It's not sound medical practice to deny <u>Access</u> to these medications.

The Jails staff acts with <u>Deliberate indifference</u> to a serious life threating medical issue. The plaintiff is currently <u>suffering from</u>, and is Negligent to mislead the plaintiff that the Jail has (M.A.T.) for (OUD) so they are <u>Liable</u> for medical malpractice to Refer inmate to an unauthorized provider

## C. Cause of Action

1.) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If nessessary you may attach up to ~~two~~ additional (8½"x 11") to explain any allegation or to list additional supporting facts.)

A.(1) Count I: Deliberate indiference

2.) Supporting facts: (Include all facts you consider important, including names of persons involved, places and dates. Decribe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument):
It is cruel punishment to deny treatment For (OUD,) and Further Be Lied to And made to think you were starting the Process of being on (MAT) while in Jail, Not Just Detox the plaintiff already was Detoxed,

B.(1) Count II: Equal protection of Law (ie, similary situated)

2.) Supporting Facts: CREW VS. Sawyer Kansas ACLU case obtained Emergency iNjuntiue Relief of (MAT) while incarcerated the plaintiff is in Kansas and has (OUD,)

XE-2 8/82           Civil Rights Complaint § 1983

C)(1) Count III: Due process of Law specifically Effective inhouse Remedy of an Emergency medical issue

2: Supporting Facts: Plaintiff utilized Jail Policy 6.1 and 6.2 but Sargent J. Carlson intercepted and denied Emergency Appeals And threatening Punishment if any more submissions are Recieved, the plaintiff is Left with No Choice but to go to the Court

D. Previous Lawsuits And Administrative Relief

1.) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? ☐ yes ☒ No
If your answer "Yes", describe each Lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a) Parties to previous lawsuit:

Plaintiffs: _____

Defendants: _____

B.) Name of court and docket number _____

c.) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

D.) Issues raised _____

AO-2 8/82    Civil Rights Complaint § 1983

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____
_____

1.) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C ☒ yes ☐ no. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No" briefly explain why administrative relief was not sought. ReQuest to Captin Belinger Facility Administrator Greivevances treated As Non-emergency and to No Avail with-in the 3day Reply Dead Line ONLy as a NON-emergency However 1st and 2nd Appeal directed to Leutenants and higher Never made it and were Recieved but stalled and Returned unanswered

2 ReQuest for Relief

1.) I believe that i am entitled to the following relief: (MAT) for (OUD) And Now also Damages punitive etc...

_____   Eric S. Knackstedt
Signature of Attorney (if any)   Signature of Plaintiff
_____   Civil Rights Complaint
Attorneys full address and telephone number  XF-28/09   § 1983